United States Bankruptcy Court

Southern District of Florida

Noguera,
    Plaintiff

Gonzalez,
    Defendant

Adv. Proc. No. 21-01140-RAM

# CERTIFICATE OF NOTICE

| District/off: 113C-1 | User: covington | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: pdf004 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Aug 20 2021 21:54:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Aug 20 2021 21:54:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 20 2021 21:54:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Aug 20 2021 21:54:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Aug 20 2021 21:54:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Aug 20 2021 21:54:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Aug 20 2021 21:54:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Aug 20 2021 21:54:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Aug 20 2021 21:54:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Aug 20 2021 21:54:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Aug 20 2021 21:54:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Aug 20 2021 21:54:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

| | | |
|---|---|---|
| District/off: 113C-1 | User: covington | Page 2 of 2 |
| Date Rcvd: Aug 20, 2021 | Form ID: pdf004 | Total Noticed: 12 |
| TOTAL: 12 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey S. Berlowitz | on behalf of Plaintiff Dr. Carlos Rodrigo Matus MacNiven jberlowitz@siegfriedrivera.com jortega@siegfriedrivera.com |
| Jeffrey S. Berlowitz | on behalf of Plaintiff Gaviota Enterprise Corporation jberlowitz@siegfriedrivera.com jortega@siegfriedrivera.com |
| Jeffrey S. Berlowitz | on behalf of Plaintiff Dr. Maria Gabriela Noguera jberlowitz@siegfriedrivera.com jortega@siegfriedrivera.com |
| Robert J. Bigge Jr., Esq | on behalf of Defendant Juan A. Gonzalez brpa@biggerodriguez.com biggerr72292@notify.bestcase.com |

TOTAL: 4



**ORDERED in the Southern District of Florida on August 20, 2021.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

|  |  |
|---|---|
| In re | |
|  | CASE NO. 18-11977 |
| JUAN A. GONZALEZ and | |
| CAROLINA GONZALEZ, | CHAPTER 13 |
|  | |
| Debtors. | |
| _____ | |
|  | |
| DR. MARIA GABRIELA NOGUERA, | |
| DR. CARLOS RODRIGO MATUS | |
| MACNIVEN, and GAVIOTA | |
| ENTERPRISE CORPORATION, | |
|  | |
| Plaintiffs, | |
|  | |
| vs. | ADV. NO. 21-01140-RAM-A |
|  | |
| JUAN A. GONZALEZ, | |
|  | |
| Defendant. | |

**ORDER OF REFERRAL TO A JUDICIAL SETTLEMENT CONFERENCE**

The Court conducted a hearing on August 19, 2021, on the Plaintiffs' Motion to Continue Status Conference and Related Pre-Trial Deadlines and for Referral to Judicial Settlement Conference [DE #25]. As announced, and for the reasons stated, on the record at the hearing, which are incorporated here by reference, it is –

**ORDERED** as follows:

1. This proceeding is referred to Judge Hyman for a judicial settlement conference (the "Settlement Conference").

2. The Settlement Conference shall be conducted on <u>October 5, 2021</u>.

3. All parties are required to participate in Settlement Conference. The appearance of counsel and each party, or representatives of each party with full authority to enter into a full and complete compromise and settlement, is mandatory.

4. The parties shall comply with all of Judge Hyman's pre-Settlement Conference requirements.

5. Judge Hyman may report to the Court the complete failure of any party to attend the Settlement Conference, which failure may result in the imposition of sanctions by the Court.

6. Within seven days of the Settlement Conference, the Court requests that Judge Hyman file the Local Form No. 59, "Report of Mediator", that is required by Local Rule 9019-2(E).

7. If the Settlement Conference concludes in an impasse,

this proceeding will be tried.

8. If the parties reach an agreement regarding the disposition of this proceeding, they shall prepare and submit to the Court an appropriate stipulation of settlement and joint motion for approval of the settlement. The settlement agreement and the motion to approve the settlement agreement shall be filed within fourteen days of the filing of Judge Hyman's Report of Mediator.

###

COPIES FURNISHED TO:
Jeffrey S. Berlowitz, Esq.
Robert J. Bigge, Jr.