

**ORDERED in the Southern District of Florida on August 23, 2021.**

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: | Case No.: 18-11977-RAM |
| | Chapter 13 |
| JUAN A. GONZALEZ and | |
| CAROLINA GONZALEZ, | |
| | |
|     Debtors. | |
| _____/ | |
| DR. MARIA GABRIELA NOGUERA, | Adv. Proc. Case No.: 21-01140-RAM |
| DR. CARLOS RODRIGO MATUS MacNIVEN, and | |
| GAVIOTA ENTERPRISE CORPORATION, | |
| | |
|     Plaintiffs, | |
| | |
| JUAN A. GONZALEZ and | |
| CAROLINA GONZALEZ, | |
| | |
|     Defendants. | |
| _____/ | |

### ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE STATUS CONFERENCE AND RELATED PRE-TRIAL DEADLINES AND FOR REFERRAL TO JUDICIAL SETTLEMENT CONFERENCE

THIS CAUSE came before the Court on August 19, 2021 upon Plaintiffs' Motion to Continue Status Conference and Related Pre-Trial Deadlines and for Referral to Judicial

Settlement Conference (the "Motion to Continue") [Doc 25], the Court having reviewed the Motion to Continue and the Court file, noting the parties are in agreement to the requested relief and that all applicable notice requirements have been met, it is

ORDERED:

1. The Motion to Continue is granted.

2. The Status Conference scheduled for August 19, 2021 at 10:30 a.m. is continued to December 2, 2021 at 10:30 a.m. The hearing will be conducted telephonically and all parties in interest must arrange to appear solely telephonically via CourtSolutions (https://www.court-solutions.com/signup). To participate, parties may also call Court Solutions at (917) 746-7476. A reservation to participate in the hearing is required. Call Court Solutions at (917) 746-7476 no later than 3:00 p.m. one business day prior to the date of the hearing.

3. This Court's Order Setting Status Conference and Establishing Procedures and Deadlines [Doc 3] shall remain in full force and effect and the deadlines set forth therein shall be extended in accordance with the new Status Conference date.

4. Plaintiffs' request for referral to a Judicial Settlement Conference is granted and will be addressed by way of separate order of the Court.

####

Submitted By:
Jeffrey Berlowitz, Esq.
Siegfried Rivera
201 Alhambra Circle, 11th Floor
Coral Gables, FL 33134
Email: jberlowitz@siegfriedrivera.com
Tel. (305) 442-3334/Fax (305) 443-3292

Attorney Jeffrey Berlowitz is directed to mail a conformed copy of this Order, immediately upon receipt, to all interested parties and file a certificate of service.