

**ORDERED in the Southern District of Florida on March 22, 2022.**

Robert A. Mark, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

```
_____
                               )
In re                          )    CASE NO. 18-11977-RAM
                               )    CHAPTER  13
JUAN GONZALEZ and CAROLINA     )
GONZALEZ,                      )
                               )
          Debtors.             )
                               )
_____)
                               )
DR. MARIA GABRIELA NOGUERRA,   )
et al.,                        )
                               )
                               )
          Plaintiffs,          )
                               )
vs.                            )    ADV. NO. 21-01140-RAM
                               )
JUAN GONZALEZ and CAROLINA     )
GONZALEZ,                      )
                               )
          Defendants.          )
                               )
_____)
```

## ORDER OF DISMISSAL (SETTLEMENT)

Based upon the settlement announced on the record at the pretrial conference conducted on March 17, 2022, it is -

**ORDERED** that this adversary proceeding is dismissed. The Court retains jurisdiction to enter an agreed final judgment, and reserves jurisdiction to enforce the settlement or any judgment entered pursuant to the settlement.

###

COPIES FURNISHED TO:

Jeffrey S. Berlowitz, Esq.
Robert J. Bigge, Jr., Esq.